# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

STACY ANTONIO SCOTT, JR,

     Plaintiff,

v.                              CASE NO. 3:20cv5968-MCR-HTC

LEAH JAMES FRAME, et al.,

     Defendants.

_____/

## **O R D E R**

The magistrate judge issued a Report and Recommendation on December 29, 2020, recommending that the complaint be dismissed as to Defendants Santiago, Smith, Fernandez, Inch and Carr for failure to state a claim.  ECF No. 5.  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Case No. 3:20cv5968-MCR-HTC

Accordingly, it is **ORDERED**:

(1)    The magistrate judge's Report and Recommendation, ECF No. 5, is adopted and incorporated by reference in this Order.

(2)    This matter is DISMISSED WITHOUT PREJUDICE as to Defendants Santiago, Smith, Fernandez, Inch, and Carr under 28 U.S.C. § 1915(e)(2)(B) and §1915A for failure to state a claim.

(3)    The clerk of court is directed to refer this matter to the magistrate judge for further proceedings against the remaining defendants.

**DONE AND ORDERED** this 1st day of February 2021.


s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**