UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STACY ANTONIO SCOTT, JR.,

    Plaintiff,

v.                                                Case No. 3:20cv5968-MCR-HTC

LEAH JAMES FRAME, et al.,

    Defendants.
_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 9, 2021 (ECF No. 81), which recommends the Defendants' motions to dismiss (ECF Doc. 56, 62, 77) be granted and this case be dismissed as to all Defendants and all claims for Plaintiff's failure to exhaust her administrative remedies.  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation (ECF Doc. 81) is adopted and incorporated by reference in this order.

(2) Defendants' motions to dismiss at ECF Doc. 56, 62, and as adopted by the Defendants in ECF Doc. 77, are GRANTED.

(3) This case is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to exhaust her administrative remedies.

(4) The Clerk is directed to close the file.

**DONE AND ORDERED** this 25th day of January, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:20cv5968-MCR-HTC